IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BIANCA J. ARMBRUSTER, | No. 4:21-CV-02070 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| BRADLEY D. ESKOLA, *et al.*, | |
| Defendants. | |

## ORDER

### OCTOBER 5, 2022

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that

1. Plaintiff Bianca J. Armbruster's Motion to Strike the Innocent Defendants' Answer under Federal Rule of Civil Procedure 11 (Doc. 18) is **DENIED AS MOOT**.

2. Plaintiff's Motions to Strike the Biront and Eskola Defendants' Answers under Rule 11 (Doc. 19 and 56, respectively) are **DENIED**.

3. Plaintiff's Motion to Strike the Innocent Defendant's Amended Answer under Rule 12(f) (Doc. 71) is **GRANTED IN PART** and **DENIED IN PART**. The Innocent Defendants' first, second, fifth, thirteenth, and fifteenth affirmative defenses listed in their Amended Answer (Doc.

62) are **STRICKEN**. A Rule 16 conference will be scheduled by the Court by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge