IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BIANCA J. ARMBRUSTER, | No. 4:21-CV-02070 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| BRADLEY D. ESKOLA, *et al.*, | |
| Defendants. | |

## ORDER

**MARCH 24, 2023**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff Bianca J. Armbruster's motion for leave to amend (Doc. 86) is **GRANTED**.

2. Armbruster's First Amended Complaint (Doc. 87) is now the operative pleading in this matter.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge